**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FRONTAGE HOSPITALITY, LLC, a Florida Limited Liability Company; and RANA AKHTAR, an individual, <br><br> Defendants. | Civil Action No. 14-cv-7169 (SDW)(SCM) <br><br> **FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Frontage Hospitality, LLC and Rana Akhtar (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on November 17, 2014, seeking damages as a result of the breach of a franchise agreement between DIW and Frontage Hospitality, LLC; and service of the Summons and Complaint having been effectuated by personal service on Defendants in Council Bluff, Iowa on December 15, 2014; and it appearing that default was duly noted by the Clerk of the Court against

Defendants on February 27, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this _6th_ day of _May_, 2015,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Frontage Hospitality, LLC and Rana Akhtar, jointly and severally, in the total amount of $767,649.12, comprised of the following:

a) $537,296.86 for liquidated damages (principal plus prejudgment interest);

b) $225,288.17 for Recurring Fees (principal plus prejudgment interest); and

c) $5,064.09 for attorneys' fees and costs.

HONORABLE SUSAN D. WIGENTON, U.S.D.J.